STATE OF CONNECTICUT *v.* GERROD ELLIS
(13386)

O'CONNELL, SCHALLER and SPEAR, Js.

Argued September 28—decision released October 18, 1994

*Neal Cone,* assistant public defender, for the appellant (defendant).

*Nancy Gillespie,* deputy assistant state's attorney, with whom, on the brief, were *John Connelly,* state's attorney, *Bradford Ward,* supervisory assistant state's attorney, and *Eva Lenczewski,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant concedes that the jury instruction issues that he raises have been resolved adversely to his claims by our Supreme Court.[1] We are bound by those rulings. See *Burton* v. *Planning Commission,* 13 Conn. App. 400, 409, 536 A.2d 995 (1988), aff'd, 209 Conn. 609, 553 A.2d 161 (1989); *State* v. *Thurman,* 10 Conn. App. 302, 309 n.5, 523 A.2d 891, cert. denied, 204 Conn. 805, 528 A.2d 1152 (1987).

The judgment is affirmed.

---

[1] This appeal was taken originally to the Supreme Court. Pursuant to Practice Book § 4023, the Supreme Court transferred the appeal to this court.